## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DIANE M. MELLOW, : No. 396 MAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
ARTHUR F. SILVERBLATT, ESQUIRE :
AND SILVERBLATT & ASSOCIATES, :
:
Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.